**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| BAHRI KAREEM KHOSHNAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:08-0027 |
| | ) | Judge Trauger |
| UNITED STATES OF AMERICA, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On April 29, 2008, the Magistrate Judge issued a Report and Recommendation. (Docket No. 11) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusion of law of this court. For the reasons expressed therein, it is hereby **ORDERED** the defendant's Motion to Dismiss (Docket No. 9) is **GRANTED**, and this case is **DISMISSED AS MOOT**.

It is so **ORDERED.**

Enter this 30th day of May 2008.

_____
ALETA A. TRAUGER
U.S. District Judge